Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-040**
**Effective Date of Registration:**
September 02, 2024
**Registration Decision Date:**
November 06, 2024

---

## Title

**Title of Work:** Inspire

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** September 11, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** EVL Productions Inc, dba EVLworld
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** EVL Productions Inc, dba EVLworld
6345 Collins Ave, #809, Miami Beach, FL, 33141, United States

## Rights and Permissions

**Organization Name:** EVL Productions Inc
**Email:** ref@evlworld.com
**Address:** 6345 Collins Ave
#809
Miami Beach, FL 33141 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-001**
**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 22, 2025

## Title

**Title of Work:** The General

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 08, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** EVL Productions Inc, dba EVLworld
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** EVL Productions Inc, dba EVLworld
6345 Collins Ave, #809, Miami Beach, FL, 33141, United States

## Rights and Permissions

**Organization Name:** EVL Productions Inc
**Email:** red@evlworld.com
**Address:** 6345 Collins Ave
#809
Miami Beach, FL 33141 United States

## Certification

**Name:** David Denholm

